## No. 17,652.

SAM WEINSTEIN, ET AL. *v.* FRANCIS F. BARNABE, ET AL.

(293 P. [2d] 294)

Decided February 14, 1956.

Mr. E. CLIFFORD HEALD, Mr. LEON GINSBERG, for plaintiffs in error.

Mr. E. F. CONLY, for defendants in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.